No. 3714.—B. Thornhill et al. *v.* Picard & Weil.

24  159<br>115  1064

A commission merchant who has made advances to a planter, under an agreement that the latter is to ship his entire crop to the merchant, and the planter ships a portion of his cotton to another merchant, then and in that case the merchant who made the advances may recover from the planter the usual commissions which he would be entitled to charge on the part of the crop shipped to other parties.

APPEAL from the Seventh Judicial District Court, parish of West Feliciana. *Miller, J. Farrar & Montgomery,* for plaintiffs and appellants. *Collins & Leake,* for defendants and appellees.

Wyly, J. The plaintiffs, as the legal representatives of the late commercial firm of Thornhill & Nixon, sue the defendants for the balance of an account and also for commissions on two hundred and ninety-two bales of cotton which it is alleged they agreed to ship to said firm but afterward failed to do so. The defendants admitted the balance of account and alleged legal tender thereof, but denied any agreement to pay commissions on cotton not shipped.

The court gave judgment for plaintiffs for the amount of the balance of the account, but rejected their claim for the commissions. The plaintiffs appeal.

On the fifth day of July, 1869, the defendants wrote to Thornhill & Nixon: "Are you willing to let us draw on you, when needed, the the amount of $3000 without charging us the two and a half per cent. for advancing. If so, we shall ship our cotton to you, as promised by our Mr. Weil to your Mr. Nixon.. We are furnishing to the amount of three hundred and fifty bales at least, besides the cotton we may buy during the season." * * * * * *

This proposition was accepted by Thornhill & Nixon, as appears by the evidence, especially the defendants' letter to them dated eleventh July, 1869, to wit: Your dispatch and favor, eighth instant are both received, wherein we are informed that you accept our proposition. In addition to our business, we shall use our influence toward getting other parties to ship you some cotton." * * * * *

It appears that the defendants failed to perform their part of the agreement; that they only shipped to Thornhill & Nixon fifty-eight

bales; that they shipped one hundred bales to Lehman, Newgass & Co.; and no cause is shown for failing to perform their engagement.

In order to obtain the advance of $3000 on the terms stated, the defendants expressly agreed to ship Thornhill & Nixon all their cotton; this implied, of course, the agreement that they should have the usual commission of two and a half per cent. for selling the same; otherwise there would be no motive for the said firm to make the advance. We therefore think the plaintiffs should recover the commissions claimed on the one hundred bales shipped to Lehman, Newgass & Co., which amounts to $242 50, estimating the value of the cotton at $97 per bale, the average price of fifty-eight bales delivered under the contract. 2 An. 624; 5 An. 505, 548.

It is therefore ordered that the judgment appealed from be increased by adding to the amount thereof the further sum of two hundred and forty-two dollars and fifty cents, and that the defendants pay costs of both courts.